

# NUMBER 13-19-00577-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE GREAT LAKES INSURANCE SE

On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Longoria, and Perkes**
**Per Curiam Order**

Relator Great Lakes Insurance SE has filed an "Emergency Motion for Temporary Relief Requesting Stay of the Underlying Proceedings." According to this motion, there is a November 19, 2019 hearing set in the trial court on relator's "Motion to Quash and For Protective Order." Relator requests that we stay all proceedings in the trial court pending resolution of this original proceeding.

The Court, having examined and fully considered the emergency motion, is of the opinion that it should be granted in part and denied in part. We deny the stay, in part, insofar as the hearing scheduled for November 19, 2019 may proceed and the trial court

retains discretion to consider and enter any orders deemed necessary pertaining to the outstanding discovery issues pending between the parties. The trial court may consider and issue an order pertaining to relator's "Motion to Quash and For Protective Order" and may further, in its discretion, issue an order or orders pertaining to the parameters of the "specific and limited discovery relevant to the motion" to dismiss that it is allowing, or disallowing, under the Texas Citizens Participation Act. *See, e.g.*, TEX. CIV. PRAC. & REM. CODE ANN. § 27.006(b). We grant the stay, in part, and order that the following matters are stayed: (1) notices for depositions and other discovery requests; (2) oral discovery orders that have previously been issued; (3) any discovery orders, as described above, that may be issued by the trial court pursuant to this order; (4) any other trial court proceedings; and (5) legal deadlines applicable to any party. This stay will remain in effect pending further order of the Court or resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
13th day of November, 2019.